UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13

    Anthony John Piller                        Bankruptcy No.21-10943-PMM


            Debtor

<u>CERTIFICATE OF SERVICE</u>

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 2nd day of July, 2021, by first class mail upon those

listed below:

Anthony John Piller
616 Almond Road
Walnutport, PA  18088

**<u>Electronically via CM/ECF System Only:</u>**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102


                           */s/ Deborah A. Earnshaw*
                           Deborah A. Earnshaw
                           for
                           Scott F. Waterman, Esquire
                           Standing Chapter 13 Trustee