# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony John Piller Jr. <br>                       Debtor(s) | |
| | CHAPTER 13 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP1, its successors and/or assigns <br>                       Movant <br>     vs. | NO. 21-10943 PMM |
| Anthony John Piller Jr. <br>                       Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman <br>                       Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP1, which was filed with the Court on or about **June 22, 2021, docket number 20**.

                      Respectfully submitted,


                      /s/ Rebecca A. Solarz, Esq.

                      _____

                      Rebecca A. Solarz, Esquire
                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA  19106
                      Phone: (215)-627-1322

Dated: September 9, 2021