United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-10943-pmm
Anthony John Piller  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Sep 16, 2021      Form ID: pdf900      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony John Piller, Jr., 616 Almond Road, Walnutport, PA 18088-9601 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14602161 | + | Fay Servicing LLC, c/o Melissa Licker, McCalla Raymer Leibert Pierce LLC, 420 Lexington Ave, Suite 840, New York, NY 10170-0840 |
| 14602023 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14597680 | + | I C Systems Collections, PO BOX 64378, Saint Paul, MN 55164-0378 |
| 14597681 | + | Joshua D. Shulman, Esquire, 1935 Center Street, Northampton, PA 18067-1362 |
| 14597683 | + | Judy Piller, 616 Almond Road, Walnutport, PA 18088-9601 |
| 14597684 | + | KML Law Group, P.C., 701 Market St Suite 5000, Philadelphia, PA 19106-1541 |
| 14597685 | + | Michael B. Volk, Esquire, Fulton, Friedman & Gullace, LLP, 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 14613785 | | U.S. Bank Trust National Association, et al, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14614131 | + | US Bank Trust National Association, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14597689 | + | US Bank Trust National Association, 425 S. Financial Place, Suite 2000, Chicago, IL 60605-1000 |
| 14613937 | + | US Bank Trust National Association, et al., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 16 2021 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 16 2021 23:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14598570 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 16 2021 23:39:33 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14598762 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 16 2021 23:39:33 | Ally Bank, c/o Arvind Nath Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14615834 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 16 2021 23:39:37 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14597676 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 16 2021 23:36:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14616839 | + | Email/Text: bankruptcy@bbandt.com | Sep 16 2021 23:37:00 | Branch Banking & Trust Company Now Truist, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2021 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | P.O. Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| 14597677 | + | Email/Text: bankruptcy@cavps.com | Sep 16 2021 23:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14597678 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 16 2021 23:37:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14597679 | | Email/Text: mrdiscen@discover.com | Sep 16 2021 23:37:00 | Discover Financial Services, PO BOX 15316, Wilmington, DE 19850 |
| 14600680 | | Email/Text: mrdiscen@discover.com | Sep 16 2021 23:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14597682 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 16 2021 23:39:30 | JPMCB card, PO BOX 15298, Wilmington, DE 19850 |
| 14597686 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 16 2021 23:37:00 | Midland Funding LLC, 320 East Big Beaver Road, Suite #300, Troy, MI 48083-1271 |
| 14597687 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2021 23:39:37 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 14613507 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2021 23:39:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14608540 | | Email/Text: bnc-quantum@quantum3group.com | Sep 16 2021 23:37:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14597688 | ##+ | Sherry Petrick, 766 Birch Drive, Walnutport, PA 18088-9750 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2021          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Anthony John Piller Jr. claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 16, 2021 | Form ID: pdf900 | Total Noticed: 33 |

REBECCA ANN SOLARZ
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust U.S. Bank Trust National Association, not in its individual capacity, but solely as bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Anthony John Piller<br><br>                  Debtor | Chapter 13<br><br>Bankruptcy No. 21-10943-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 16, 2021**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE